James E. Hendry as Assignee of J. J. Blount & Co., Appellant, vs. The Pebble Phosphate Company, a corporation under the laws of Florida, Appellee.

Appeal from Circuit Court, Lee county; Barron Philips, Judge.

Wall & Stevens and Louis A. Hendry for Appellant.

P. O. Knight, for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. The decree is affirmed.

Decision Per Curiam.